# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           Case No: 6:21-cv-1682-GAP-EJK

THE LINKS SOUTH AT HARBOUR
VILLAGE CONDOMINUM
ASSOCIATION, INC.,

        Defendant.

---

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

\_\_\_\_ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 26, 2021

    Respectfully submitted,

    **KARIN HOPPMANN**
    Acting United States Attorney

By:   */s/ Yohance A. Pettis*
    **YOHANCE A. PETTIS**
    Deputy Chief, Civil Division
    Assistant United States Attorney
    Florida Bar No. 021216
    **ERIN CHOI**
    Assistant United States Attorney
    USA No. 196
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: 813-274-6000
    Facsimile: 813-274-6198
    E-mail: Yohance.Pettis@usdoj.gov
    E-mail: Erin.Choi@usdoj.gov
    *Counsels for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed via Electronic Mail to the following:

Katherine Hurst Miller, Esquire
kmiller@surfcoastlaw.com

*s/Yohance A. Pettis*
**YOHANCE A. PETTIS**
Deputy Chief, Civil Division
Assistant United States Attorney